IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )                                   | |
| Plaintiff,        ) | |
| )                                   | 4:06CR3016 |
| v.              ) | |
| )                                   | |
| MARCO M. PRUNEDA,                  ) | |
| )                                   | ORDER |
| Defendant.       ) | |
| )                                   | |

As announced from the bench today,

IT IS ORDERED:

Defendant's motion for substance abuse and mental health evaluation, filing 20, is granted and Pretrial Services shall arrange a dual diagnosis of defendant with reports to the court and counsel as soon as practicable.

DATED this 6th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge