IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiffs,       )
                                )           4:06CR3016
         v.                     )
                                )
MARCO M. PRUNEDA,               )
                                )        MEMORANDUM AND ORDER
              Defendant.        )
                                )

        Prior to the hearing on the defendants' motion to suppress,
defendant Pruneda's counsel informed the court that the defendant
was withdrawing that motion.  In addition, the court was also
informed that the government had provided the information sought
by the defendant's motion to disclose confidential informants.
Finally, counsel and the undersigned agreed that the defendant's
motion in limine should be reserved for ruling by the trial judge
at the time of trial.

        IT THEREFORE HEREBY IS ORDERED,

        1.  Defendant's motion in limine, filing 45, is reserved for
ruling by the trial judge at the time of trial.

        2.  Defendant's motion to suppress evidence, filing 46, is
deemed withdrawn, without prejudice as stated from the bench
during the preliminary matters addressed at the hearing on the
motion.

        3.  Defendant's motion to disclose confidential informants,
filing 47, is denied as moot.

        DATED this 4th day of October, 2006.

                              BY THE COURT:

                              s/ David L. Piester
                              David L. Piester
                              United States Magistrate Judge