IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | 4:06CR3016 |
| v. | ) | |
| ARMANDO GARCIA-DELACRUZ, MARCO M. PRUNEDA, | ) | ORDER ON MOTION IN LIMINE |
| Defendants. | ) | |

The Motion in Limine filed by the defendant Pruneda, is denied. The evidence by which concern is expressed can be objected to as questions are asked and appropriate rulings made during the course of the trial.

Dated January 25, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge