IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCO M. PRUNEDA, | ) | TENTATIVE FINDINGS ON OBJECTIONS |
| | ) | TO PRESENTENCE INVESTIGATION |
| Defendants. | ) | REPORT |
| | ) | |

    Objections have been made by the defendant to the defendant's role in the offense, the defendant's criminal record (paragraph 48), and to the criminal history calculation (paragraphs 52, 53, and 54). He asks for approximately one-half hour to present his evidence at the sentencing, which he has described as being his oral testimony and the cross-examination testimony of government witnesses, and supporting exhibits, if any.

    The defendant's request for presenting his own oral testimony will be granted and the prosecution may present its evidence to rebut the defendant's.

    Those portions of the Presentence Investigation Report to which no objection has been made shall be considered tentatively to be true and accurate.

    Dated April 30, 2007.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge