IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CR3016 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCO M. PRUNEDA, | ) | ORDER ON APPLICATION TO PROCEED |
| | ) | WITHOUT PREPAYMENT OF FEES AND |
| Defendants. | ) | AFFIDAVIT BY A PRISONER, FILING 142 |
| | ) | |

Document 142, filed September 12, 2007, is an Application to Proceed Without Prepayment of Fees and Affidavit by a Prisoner.

The application is redundant, in that on May 30, 2007, I issued an order permitting the defendant to proceed on appeal in forma pauperis, filing 116.  Accordingly,

IT IS ORDERED that the Application to Proceed Without Prepayment of Fees and Affidavit by a Prisoner, filing 142, is denied as moot.

Dated September 17, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge